**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| ALLEN E. VAUGHN, JR., | )<br>) |
| Plaintiff, | ) |
| vs. | ) 1:11-cv-0979-JMS-TAB<br>) |
| INDIANA DEPT. OF CORRECTION, et al., | )<br>) |
| Defendants. | ) |

# E N T R Y

"A motion to reconsider asks that a decision be reexamined in light of additional legal arguments, a change of law, or an argument that was overlooked earlier . . . ." *Patel v. Gonzales* 442 F.3d 1011, 1015-1016 (7th Cir. 2006). In this case, plaintiff Vaughn seeks reconsideration of the court's determination that he has accumulated three or more "strikes" pursuant to 28 U.S.C. § 1915(g). The court's account of that matter, however, is accurate. He accumulated two strikes in each of the two cases noted in the Order of July 28, 2011.

Accordingly, Vaughn's motion for relief from judgment [5] is **denied**.

**IT IS SO ORDERED.**

Date: 08/17/2011

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Allen E. Vaughn, Jr.
DOC #103933
Pendleton Correctional Facility
Inmate Mail/Parcels
4490 West Reformatory Road
Pendleton, IN 46064