UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ALLEN E. VAUGHN, JR., | ) | |
|     Plaintiff, | ) | |
| vs. | ) | 1:11-cv-0979-JMS-TAB |
| | ) | |
| INDIANA DEPT. OF CORRECTION, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**Entry Discussing Request to Proceed on Appeal *in forma pauperis***

**I.**

**A.**

An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *Id.* There is no objectively reasonable argument which the plaintiff could present to argue that the disposition of this action was erroneous–nor does his request for leave to proceed on appeal *in forma pauperis* even suggest such an argument. In pursuing an appeal, the plaintiff "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000).

**B.**

Apart from the foregoing discussion, and as is well known by the plaintiff, he is ineligible to proceed on appeal *in forma pauperis* by virtue of the barriers created by 28 U.S.C. § 1915(g). This was fully explained to the plaintiff in the Entry of July 28, 2011.

**II.**

Based on the foregoing, therefore, the plaintiff's request for leave to proceed on appeal *in forma pauperis* (dkt 21) is **denied.**

**IT IS SO ORDERED.**

Date: 12/16/2011

    Hon. Jane Magnus-Stinson, Judge
    United States District Court
    Southern District of Indiana

Distribution:

Allen E. Vaughn, Jr.
DOC #103933
Pendleton Correctional Facility
Inmate Mail/Parcels
4490 West Reformatory Road
Pendleton, IN 46064